

**U.S. Department of Justice**
*United States Attorney*
*Eastern District of Wisconsin*

*205 Doty Street, Suite 301*   *Phone (920)884-1066*
*Green Bay WI 54301*   *Fax (920)884-2997*

March 5, 2014

Magistrate Judge Aaron E. Goodstein
362 United States Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

   Re: Discovery Update, <u>U.S. v. Mark S. Parks et al</u>., 13-CR-135

Dear Judge Goodstein:

   I am pleased to inform the Court that as of today's date all discovery has been redacted and placed in the mail to defense counsel. I expect that there will be a *de minimis* amount of follow-up discovery as is often occurs. If and when that is received by the government it will be quickly forwarded to counsel as well.

   Please do not hesitate to have your clerk contact Ms. Klika or me if you require any further information.

                                      Sincerely,

                                      JAMES L. SANTELLE
                                      United States Attorney

                  By:    s/Daniel R. Humble

                                      DANIEL R. HUMBLE
                                      Assistant United States Attorney