# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | TELEPHONE SCHEDULING CONFERENCE |
| MARK S. PARKS, et al. | Case No. 13-CR-135 |

| | |
|---|---|
| HONORABLE WILLIAM C. GRIESBACH, presiding | Tape No.: 031914 |
| Deputy Clerk: Cheryl | Hearing Began: 1:33 p.m. |
| Hearing Held: March 19, 2014 | Hearing Ended: 1:45 p.m. |

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Daniel R. Humble |
| MARK S. PARKS, et al., by: | Brian P. Mullins for Mark S. Parks |
| | No Appearance by Jennifer Gaecke for Mindy L. Parks |
| | Krista Halla-Valdes for Eileen M. Goltz |
| | William U. Burke for Ashley M. Conant |
| | Shane L. Brabazon for Tina M. Baalman |
| | Steven G. Richards for Jason D. Schultz |
| | John A. Birdsall for Jessica M. Gilbert |
| | Leonard D. Kachinsky for Jessica Hensen |

The Court grants Defedant Baalman's motion to lift the detainer.
(After the hearing concluded Judge Griesbach determined that the detention hearing scheduled for Friday, March 21 will remain on Judge Sickel's calendar to address Ms. Baalman's custody/release status.)

The government advises the Court that its case will take approximately 5 days.
The Court schedules a two- week trial.
Final Pretrial: July 29, 2014 at 1:30 p.m.
Jury Trial: August 11, 2014 at 8:30 a.m.

The Court orders that the parties must have plea agreements, if any, filed prior to the final pretrial date.
The Court excludes time under the Speedy Trial Act.