IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,
    Plaintiff(s),

v.                          Case No. 13-CR-135

MINDY L. PARKS, ASHLEY M. CONANT,
TINA M. BAALMAN, JASON D. SCHULTZ,
JESSICA M. GILBERT and JESSICA HENSEN
    Defendants.

---

## PRETRIAL ORDER

The court held a conference with the parties' attorneys on July 29, 2014. Accordingly, the parties shall comply with the following schedule and procedures.

### FINAL PRETRIAL

1. A final pretrial will be held on October 10, 2014 at 3:00 p.m. at 125 South Jefferson Street, Green Bay, WI 54301, in Room 201. All parties are required to appear in person.

2. Counsel are to submit a copy of their proposed voir dire questions, proposed jury instructions, and proposed verdict form in Word or WordPerfect format to the proposed order e-mail box at GriesbachPO@wied.uscourts.gov 10 days prior to trial.

3. All motions in limine are to be served and filed on or before October 1,2014, with responses served and filed 3 days prior to the final pretrial conference.

4. The government's witness list and expert reports are due on or before September 1, 2014. The defendants' witness lists and expert reports are due on or before October 1, 2014.

### TRIAL DATE

5. A jury trial will be held on October 27, 2014 at 8:30 a.m. The parties will be notified of the location.

6. On or prior to the first day of trial, counsel are to provide opposing counsel with a complete copy of all exhibits to be presented at trial. Counsel are also to provide an original set of exhibits for the witness(es), one copy of the exhibits for the court, and one copy of the exhibits for the clerk. Where practicable, exhibits should be placed in binders with an exhibit tab delineating each exhibit.

7. One business day prior to the commencement of the trial, exhibit list(s) are to be e-mailed to wied_clerks_gb@wied.uscourts.gov in fill-able format. All exhibits lists are to be prepared using the Exhibit and Witness List form available on the court's website, at wied.uscourts.gov in the Forms Repository. The parties may prepare either joint or separate exhibit list(s).

8. Documents identified as exhibits must be marked before trial and must be numbered sequentially, with only one exhibit number assigned to each document or physical object throughout the course of the trial. Exhibit numbers 1-999 are reserved for plaintiff; Exhibit numbers 1000-1999 are reserved for defendant; successive blocks of numbers are reserved for any additional parties starting with 2000-2999, 3000-3999 and so forth. The defendants shall consult with each other as to which numbers will be reserved for each defendant so as to avoid duplicate assignment of exhibit numbers.

SO ORDERED this 30th day of July, 2014.

s/ William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court