UNITED STATES OF AMERICA,

    Plaintiff,

v.                            **MOTION TO PERMIT IMPEACHMENT OF WITNESS BY PRIOR CONVICTIONS**

JESSICA HENSEN                  Case No. 13 CR 135 (WCG)
a/k/a JESSICA WEINHART et al,

    Defendants.

---

Pursuant to Federal Rule of Evidence 609, defendant Jessica Hensen (Weinhart), through his/her attorneys, SISSON AND KACHINSKY LAW OFFICES, moves the court for an order permitting her to impeach the following witnesses with prior convictions as follows:

### APPLICABLE LAW

Rule 609 of the Federal Rules of Evidence reads in part as follows:

**Rule 609. Impeachment by Evidence of a Criminal Conviction**

(a) In General. The following rules apply to attacking a witness's character for truthfulness by evidence of a criminal conviction:

(1) for a crime that, in the convicting jurisdiction, was punishable by death or by imprisonment for more than one year, the evidence:

(A) must be admitted, subject to Rule 403, in a civil case or in a criminal case in which the witness is not a defendant; and

(B) must be admitted in a criminal case in which the witness is a defendant, if the probative value of the evidence outweighs its prejudicial effect to that defendant; and

(2) for any crime regardless of the punishment, the evidence must be admitted if the court can readily determine that establishing the elements of the crime required proving — or the witness's admitting — a dishonest act or false statement.

(b) Limit on Using the Evidence After 10 Years. This subdivision (b) applies if

1

more than 10 years have passed since the witness's conviction or release from confinement for it, whichever is later. Evidence of the conviction is admissible only if:

(1) its probative value, supported by specific facts and circumstances, substantially outweighs its prejudicial effect; and

(2) the proponent gives an adverse party reasonable written notice of the intent to use it so that the party has a fair opportunity to contest its use.

.

**VERIFIED CONVICTIONS OF GOVERNMENT WITNESSES**

**1. Paris A. Armstrong.** Convicted of the following offenses in Wisconsin on the following dates:

| Offense | County | Date of Conviction |
|---|---|---|
| Misd battery | Brown 04 CM 1503 | 2-28-2005 |
| Misd battery | Brown 04 CM 2351 | 2-28-2005 |
| Misd bail jumping | Brown 04 CM 2352 | 2-28-2005 |
| OAR-6th | Brown 04 CT 237 | 4-06-2004 |
| OWI-2nd | Brown 05 CT 535 | 10-27-2004 |
| Misd CDTP | Brown 06 CM 260 | 9-15-2006 |
| Misd CDTP | Brown 08 CM 674 | 7-01-2008 |
| OWI-4th (misd) | Brown 09 CT 898 | 7-21-2009 |
| Misd battery | Brown 10 CM 1542 | 12-07-2010 |
| OWI-5th | Brown 11 CF 1008 | 11-08-2011 |
| Resisting or obstructing | Brown 13 CM 1810 | 11-22-2013 |

**2. Tami L. Fields.** Convicted of the following offenses in Wisconsin on the following dates:

| Offense | County | Date of Conviction |
|---|---|---|
| Worthless checks | Brown 98 CM 1150 | 01-20-1999 |
| Sex with Child 16 or over | Brown 00 CM 246 | 7-11-2000 |
| OAR | Winnebago 04 CT 1401 | 05-06-2005 |
| OAR | Winnebago 05 CT 978 | 07-25-2005 |
| Battery | Brown 07 CF 1038 | 07-18-2008 (NGI) |
| Resisting or obstructing | Brown 07 CF 1038 | 07-18-2008 (NGI) |
| Misd CDTP | Brown 08 CM 674 | 7-01-2008 |
| OWI-4th (misd) | Brown 09 CT 898 | 7-21-2009 |

2

**3. Justin R. Harrsch.** Convicted of the following offenses in Wisconsin on the following dates:

| Offense | County | Date of Conviction |
|---|---|---|
| Fleeing (misd) | Brown 08 CF 1052 | 01-23-2009 |
| Misd bail jumping | Brown 08 CF 1052 | 01-23-2009 |
| Possess cocaine | Brown 08 CM 1473 | 01-23-2009 |
| Disorderly conduct | Brown 08 CM 1790 | 01-23-2009 |

**4. Ashley Conant.** Convicted of the following offenses in Wisconsin on the following dates:

| Offense | County | Date of Conviction |
|---|---|---|
| Uttering | Brown 04 CF 38 | 10-13-2004 |
| Felony bail jumping | Brown 04 CF 127 | 10-13-2004 |
| Forgery | Brown 04 CF 226 | 10-13-2004 |
| Manufacture/deliver cocaine | Brown 04 CF 244 | 10-13-2004 |
| Mis. possess cocaine | Brown 04 CF 801 | 10-13-2004 |
| Felony bail jumping | Brown 04 CF 801 | 10-13-2004 |

**5. Tina Baalman** Convicted of the following offenses in Wisconsin on the following dates:

| Offense | County | Date of Conviction |
|---|---|---|
| Possess meth (felony) | Brown 13 CF 1669 | 03-13-2014 |
| Misd bail jumping | Brown 10 CM 1611 | 12-29-2010 |
| Misd theft | Brown 10 CF 1472 | 12-29-2010 |
| Misd bail jumping | Brown 10 CF 1472 | 12-29-2010 |
| Forgery | Brown 10 CF 671 | 12-29-2010 |
| Misd fraudulent use of credit card | Brown 10 CF 671 | 12-29-2010 |
| Possess THC | Outagamie 09 CM 682 | 04-13-2011 |

**6. Jesse Sanchez** Convicted of the following offenses in Wisconsin on the following dates:

| Offense | County | Date of Conviction |
|---|---|---|
| Possess THC | Brown 95 CM 549 | 09-09-1995 |
| OAR/OAS | Brown 97 CT 144 | 04-30-1997 |
| Misd Battery | Brown | 10-22-1999 |

| | | |
|---|---|---|
| OAR-7th | Brown 98 CT 1361 | 04-29-1999 |
| Deliver Cocaine | Brown 99 CF 1219 | 03-07-2000 |
| OAR-3rd | Brown 03 CT 1287 | 10-24-2005 |
| Disorderly conduct | Brown 06 CM 336 | 2-16-2007 |
| Possess THC | Brown 07 CM 324 | 02-16-2007 |
| OWI-2nd | Brown 07 CT 1116 | 08-03-2007 |
| OAR-7th | Brown 07 CT 1116 | 08-03-2007 |
| OAR-7th | Brown 07 CT 1375 | 05-02-2008 |
| Possess THC | Brown 08 CF 796 | 01-05-2009 |
| OAR-4th | Brown 09 CT 2027 | 10-15-2009 |

    **7. Daniel B. Spears**  Convicted of the following offenses in Wisconsin on the following dates:

| Offense | County | Date of Conviction |
|---|---|---|
| Possess THC | Marinette 02 CM 35 | 03-04-2002 |
| OAR 1st | Brown 09 CT 1369 | 10-13-2009 |
| OWI-2nd | Brown 10 CT 1905 | 01-06-2011 |

    **8. Tonya Xiong**  Convicted of the following offenses in Wisconsin on the following dates:

| Offense | County | Date of Conviction |
|---|---|---|
| Deliver cocaine x 2 | Brown 05 CF 1076 | 12-27-2005 |
| Deliver meth x 2 | Brown 05 CF 1076 | 12-27-2005 |

    **9. Jessica Carter**  Convicted of the following offenses in Wisconsin on the following dates:

| Offense | County | Date of Conviction |
|---|---|---|
| Neglect child | Brown 09 CM 1605 | 03-26-2010 |
| Misd theft | Brown 09 CM 1605 | 03-26-2010 |

4

CIB records provided by the Government indicate arrests for George Brancefield and Charles Belekevich but no criminal cases filed or convictions recorded on CCAP.

This motion is based upon the pleadings, records and files in this action as well as such evidence or offers of proof as will be presented to the court at the time of the hearing upon this motion during the trial.

Dated this 25th day of October, 2014.

        /s/
SISSON AND KACHINSKY LAW OFFICES
By: Len Kachinsky
Attorneys for Defendant Jessica Weinhart
State Bar No. 01018347
103 W. College Avenue #1010
Appleton, WI 54911-5782
Phone: (920) 993-7777
Fax: (775) 845-7965
E-Mail: LKachinsky@core.com