# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 13-CR-135

JASON SCHULTZ, JESSICA GILBERT, AND
JESSICA HENSEN (a/k/a JESSICA WEINHART),

    Defendants.

## VERDICT

We the Jury, for our verdict, on the sole count in the Indictment, Conspiracy to Commit Mail and Wire Fraud, find the Defendant JESSICA GILBERT:

    \_\_\_\_\_ NOT GUILTY

    \_X\_ GUILTY

If you find the defendant guilty, then answer the following questions:

1. Did the offense involve telemarketing? \_\_YES\_\_.
    (Yes or No)

2. Did the offense victimize ten or more persons over the age of 55? \_\_YES\_\_.
    (Yes or No)

Dated at Green Bay, Wisconsin this \_3\_ day of November, 2014.

_____
Jury Foreperson