# SISSON & KACHINSKY LAW OFFICES

103 W. College Avenue #1010
Appleton, WI 54911-5782

OFFICE: (920) 993-7777   FAX: (775) 845-7965
EVENING AND WEEKENDS: (920) 841-6706

**LEN KACHINSKY**
E-MAIL: LKachinsky@core.com                                    Not a partnership

ATTORNEYS
 ROBERT SISSON
*LEN KACHINSKY
*NBTA – Certified Criminal Trial Specialist

January 24, 2015

The Honorable William Griesbach
Federal District Court Judge
125 N. Jefferson
Green Bay, WI 54302

   **Re: United States v Jessica Weinhart**
   **Eastern District Case No. 13 CR 135**

Dear Judge Griesbach:

   Enclosed for your consideration at sentencing on **Tuesday, January 27, 2015 at 1:30 p.m.** are the following letters in support of Weinhart:

1. Five page letter from Weinhart to the court supplementing her testimony at trial and her version of the offense in the Presentence Report (PSR).
2. Two page email from Debbie Zwickey-Landgraf (Weinhart's counselor)
3. Two page letter from Douglas Newhouse (employer at Sure Dry Basements)
4. Two page letter from Debra Ristow (Weinhart's mother)
5. Two page letter from Judy Wittman (Weinhart's aunt)
6. Two page letter from Steven Marsceau (Weinhart's uncle)
7. Letter from Nathan Jacobson (friend)
8. Letter from Sheryl Jacobson (friend)
9. Letter from Stacey Franzmeier (friend)
10. Two page letter from Joanna Miller (friend)
11. Letter from William Couillard (family friend)

                              Sincerely,

                              SISSON AND KACHINSKY LAW OFFICES


                                  /s/
Enc                           Len Kachinsky