Dear Judge Griesbach,

Everything in my life has been poor... poor grades, poor attitude, poor friends, poor choices... I'm sick of being poor. I have had many opportunities to do better and I have never seized any of them till now. I know prison is not the end of the world... but it sure feels like it. A little over a year ago when this all started I (like many others) never thought I would be where I am today. Living sober with a full time job, talking to my family again, starting good relationships and ending bad ones. It took a major life changing event to finally make me open up my eyes and realize that I have wasted so much time on things that I thought were important while all along ignoring the things I needed to be concentrating on. This case has not been entirely bad, actually a lot of good has come from it. Probation has been a godsend! Not only did my probation agent Mitch Farra guide me in the right direction but he also was there for me when I just needed someone to talk to. If it wasn't for him I surly would not be where I am right now. Rehab... another great thing that I did not appreciate at the time but played such a big role in my recovery. I definitely learned a lot from my stay at the treatment facility, things that I still use today. I had gotten the message... my actions, my mentality... all of it needed to change.

When I began working for Midwest Timeshares I never imagined the road it would take me down. My intentions were never to hurt anyone but in the end that is what happened and even though I know I didn't actually lie to anyone, as I testified to at trial, I am at least part to blame. I don't want to down play my role in the offense cause I can now see how others could interpret it as being not as small as I thought it was. By calling people and signing them up with our company I furthered the crime - without really realizing it.  Perhaps the fog of daily drug use obscured my ability to even recognize what Mark Parks was really all about.  I would be more than upset if someone ever called my family and took their money and did nothing with it. I feel shame and embarrassment beyond words to have had my actions contribute in any way to fleecing anyone - particularly trusting elderly people. There is absolutely no chance that I will ever do anything remotely like this ever again... I would like to believe I learned my lesson. With that being said thank you for taking the time to read this and please please Please consider a punishment outside the guidelines. I know in life there are not normally second chances so if given one it will not be squandered.
Thank You

Sincerely,
Jessica Gilbert