# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**

v.   **SENTENCING MINUTES**

**JESSICA M. GILBERT**   Case No. 13-CR-135

---

| | |
|---|---|
| HONORABLE WILLIAM C. GRIESBACH, presiding | Tape No.: 012815 |
| Deputy Clerk: Amanda | Hearing Began: 3:49 p.m. |
| Hearing Held: January 28, 2015 | Hearing Ended: 4:44 p.m. |

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Daniel R. Humble and Agent Derik Thieme |
| JESSICA M. GILBERT, in person, and by: | John A. Birdsall |
| U.S. PROBATION OFFICE by: | Mitchell L. Farra |

INTERPRETER: ☒ None  ☐ Sworn

☒ The parties have no objections to the factual statements in the PSR
☐ The parties have no objections to the application of the guidelines in the PSR

☐ Objections/corrections to factual statements in PSR by ☐ Plaintiff ☐ Defendant
☒ Objections/corrections to application of guidelines by ☐ Plaintiff ☒ Defendant

☒ The government presents sentencing argument:
Recommends a sentence within the guideline range

☒ The defendant presents sentencing argument:
Requests a term of probation

☒ Defendant exercises right of allocution.
☒ The court imposes sentence.
☐ The government dismisses count(s) _____
☒ Defendant advised as to appeal rights.

---

The defendant objects to the 2 point enhancement for obstruction.
The Court finds that the 2 point enhancement applies and adopts the application of the guidelines in the PSR.

4:15 p.m. - Shana Hill, the defendant's friend, addresses the Court
4:18 p.m. - Douglas Nelson, the defendant's father, addresses the Court

**SENTENCE IMPOSED**

☐ **Probation**

    _____ years as to count(s) _____ of the ☐ indictment ☐ information.

☒ **Imprisonment**

    <u>  Six  </u> months as to count(s) <u>  One  </u> of the ☒ Superseding indictment ☐ information.

    <u>  Two  </u> months as to count(s) <u>  SCAMS Act  </u> of the ☒ Superseding indictment ☐ information.

    To be served: ☐ concurrently ☒ consecutively ☐ to state sentence

    ☒ TOTAL TERM OF IMPRISONMENT IMPOSED: <u>  8  </u> months.

☒ **Supervised Release**

    <u>  Three  </u> years as to count(s) <u>  One  </u> of the ☒ Superseding indictment ☐ information.

    _____ years as to count(s) _____ of the ☐ indictment ☐ information.

    To run: ☐ concurrently ☐ consecutively

    ☒ TOTAL TERM OF SUPERVISED RELEASE IMPOSED: <u>  Three  </u> years.

**Conditions of Supervised Release/Probation:**

| | | | |
|---|---|---|---|
| ☒ | Report within 72 hours of release | ☐ | Home confinement _____ days |
| ☒ | No firearms/dangerous weapons | ☐ | Community correctional center _____ days |
| ☒ | No illegal possession of controlled substances | ☐ | Residential re-entry center _____ days |
| ☒ | Cooperate in the collection of DNA | ☐ | Cooperate with BICE |
| ☐ | Drug testing - waived | ☐ | Cooperate with Child Support Enforcement |
| ☐ | Drug testing - standard condition | ☐ | Cooperate with IRS |
| ☒ | Drug testing - special condition | ☐ | Computer - No possession or use on-line |
| ☐ | Buy Money: $ _____/month | ☐ | Computer - No data encryption/erasure |
| ☐ | Total Amount: $ _____ | ☐ | Computer - Provide passwords, logons, etc. |
| | ☐ Joint and Several w/ _____ | ☐ | Computer - Consent to unannounced exams |
| ☐ | Fine: $ _____/month | ☐ | Mental health treatment program |
| ☒ | Restitution: $ 100.00 /month | ☐ | Sex offender - Mental health treatment |
| ☒ | No new lines of credit | ☐ | Sex offender - Waive confidentiality |
| ☒ | Financial disclosure | ☐ | Register as a convicted sex offender |
| ☐ | Submit to search by U.S. Probation | ☐ | No sexually-explicit material w/minors |
| ☒ | No employment with fiduciary duties | ☐ | No possession/viewing of porn/erotica |
| ☐ | No employment/patronization of taverns | ☐ | No contact with children under age 18 |
| ☒ | Do not transfer, sell or give away anything over $500.00 in value | ☐ | No contact with gangs |

The Court adopts the standard conditions of supervised release, with the exception of numbers 4,7 and 13, as set forth in the update to the presentence report, docket entry number 292. The standard conditions shall be incorporated into the judgment.

## MONETARY PENALTIES

☒ **Special Assessment:** $ _____100.00_____ ☒ due immediately
☒ **Fine:** $ _____ ☒ fine waived ☐ interest waived
☒ **Restitution:** $ ____67,784.63____ ☐ determination deferred until _____

☐ Fine and/or ☒ Restitution is <u>joint and several</u> with: Mark S. Parks

## FORFEITURE

☒ **All property forfeited upon conviction or by order of the court shall be included in the criminal judgment.**

## RECOMMENDATIONS

☒ The court recommends the defendant's placement at:   placement at a facility as close to home as possible
☐ The court recommends the defendant's participation in the Bureau of Prisons' 500-hour drug treatment program.
☐ Other: _____

## CUSTODY

☐ The defendant is remanded to the custody of the U.S. Marshal Service.
☒ The defendant is to voluntarily surrender at the institution designated by the Bureau of Prisons,
    ☒ as notified by the U.S. Probation Office; ☐ on or after: _____